| | |
|---|---|
| Sergio Munez-Guzman,<br><br>               Plaintiff,<br><br>v.<br><br>JM Foods, Inc. et al.,<br><br>               Defendants. | 2:18-cv-02274 VAP (ASx)<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE** |

A trial in this case is set for March 19, 2019; a Pretrial Conference is to be held on March 11, 2019. (Doc. No. 17.) Several documents must be filed no later than 21 days before a pretrial conference, including a Memorandum of Contentions of Fact and Law, (L.R. 16-4), a Witness List, (L.R. 16-5), and a Joint Exhibit List, (L.R. 16-6). Local Rule 16-7 requires a Final Pretrial Conference Order to be lodged no later than 11 days before the pretrial conference. In this case, none of the documents have been filed.

The Court therefore VACATES the Pretrial Conference date of March 11, 2019, and the Trial Date of March 19, 2019. Plaintiff is ORDERED to show cause in writing, not later than March 15, 2019, why this action should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: 3/6/19

_Virginia A. Phillips_
Virginia A. Phillips
Chief United States District Judge